UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CURTIS IVAN JAMES,              )<br>                                 )<br>          Petitioner,           )<br>                                 )<br>     v.                          )<br>                                 )<br> A.P. KANE, Warden,              )<br>                                 )<br>          Respondent.            )<br> _____ ) | Case No. CV 04-8166-ABC(AJW)<br><br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 2/1/10

*Audrey B. Collins*
_____
          Audrey B. Collins
          United States District Judge